**DISMISS and Opinion Filed October 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01360-CV

### JANESA LEWIS, Appellant
### V.
### BEAUTY, LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04714-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss appeal. Appellant has informed the Court that she no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141360F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JANESA LEWIS, Appellant

No. 05-14-01360-CV          V.

BEAUTY, LLC, Appellee

On Appeal from the County Court
at Law No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-04714-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BEAUTY, LLC recover its costs of this appeal from appellant JANESA LEWIS.

Judgment entered October 31, 2014.